Case: 24-10092   Document: 1   Page: 1   Date Filed: 02/06/2024
Case 4:22-cv-00864-Y   Document 125   Filed 02/03/24   Page 1 of 3   PageID 1819

page1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ERIC L ELLIS,**<br><br>Plaintiff,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS AND UKG (ULTIMATE KRONOS GROUP) | Case No.:<br><br>4:22-CV- 00864 |

NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff Eric Ellis appeals to the United States Court of Appeals for the Fifth Circuit from the October 31, 2023 Order ("Order") 20 2023 order that dismissed the Plaintiff's Title VII discrimination claims without prejudice. Based on the whole record –

Case: 24-10092      Document: 1      Page: 2      Date Filed: 02/06/2024
Case 4:22-cv-00864-Y   Document 125   Filed 02/03/24   Page 2 of 3   PageID 1820

page2

including the failure to grant leave to amend – the district court's dismissal was final and appealable. The Plaintiff contends that the district court abused its discretion by dismissing the Plaintiff's claims without prejudice but then nevertheless denying leave to amend without offering any justification.

/s/Eric L. Ellis

Ericlamarellis@gmail.com

2.3.2024

8539 Melissa Dr

Fort Worth, Tx 76108

3185075030

Case: 24-10092    Document: 1    Page: 3    Date Filed: 02/06/2024
Case 4:22-cv-00864-Y   Document 125   Filed 02/03/24   Page 3 of 3   PageID 1821

page3

CERTIFICATE OF SERVICE

I hereby affirm that on this 3rd of February 2024, the foregoing document was filed with the Court's CM/ECF electronic filing system.

/s/ Eric L. Ellis